IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ACQUINETTA LUMZY,
     Plaintiff,

vs.                                Case No.:  3:15cv184/RV/EMT

SELECT SPECIALITY HOSPITAL,
     Defendant.
_____/

# O R D E R

     This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 6, 2016 (ECF No. 37).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

     Having considered the Report and Recommendation,  I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     Defendant's Revised Motion to Dismiss (ECF No. 20) is **GRANTED** under Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute this action and under

Fed. R. Civ. P. 12(b)(6) for Plaintiff's failure to state a claim upon which relief can be granted.

3.     The clerk shall enter judgment in favor of Defendant and close the file.

**DONE AND ORDERED** this 7th day of July, 2016.


/s/ *Roger Vinson*

**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**